UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELECTRICAL WORKERS' INSURANCE FUND,
*et al*,

    Plaintiffs,

v

COMPSAT SECURITY, INC.,

    Defendant.

_____/

Case No. 12-12205

Hon. Bernard A. Friedman

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Richard Glisky**

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Richard Glisky, on behalf of Compsat Security, Inc., whose address is 25300 Telegraph Rd., Suite 555, Southfield, Michigan 48033, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034 on **July 30, 2013 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against Defendant on August 30, 2012.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control as they relate to Defendant Compsat Security, Inc., all for the time period January 2012 to the present:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendant has, or has had, any interest;

2. Copies of all returns, schedules and forms filed by or on behalf of Defendant with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Defendant;

3. All books of account and accounts receivable ledgers;

4. List of assets and liabilities;

5. All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by, or on behalf of, Defendant;

6. Copies of all profit and loss statements and balance sheets relating to the affairs of Defendant prepared by, or on behalf of, said Defendant;

7. All payroll records, including, but not limited to, paycheck stubs, canceled pay checks, employee earnings records, and IRS forms W-2, W-3 and 1099;

8. Weekly fringe benefit contribution reports due the Electrical Workers' Joint Boards of Trustees for the weeks ending February 4, 2012 through the present; and

9.      Monthly fringe benefit contribution reports due the National Electrical Benefit Fund and the National Labor Management Cooperation Committee for the months of January 2012 through the present.

IT IS FURTHER ORDERED that said Defendant, Compsat Security, Inc., and any officers, directors, employees and agents, and any third party who is served with a true and entered copy of this Order, are restrained from transferring or disposing of any property of Defendant, except in ordinary course of business, whether now owned, or hereafter acquired by, or becoming due to Defendant, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

DATED:_June 28, 2013_____       s/ Bernard A. Friedman
                                                        UNITED STATES DISTRICT COURT JUDGE